UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.C. a minor, by her parents, A.C. and M.C., as her next friends, and A.C. and M.C., <br><br> Plaintiffs, <br><br> v. <br><br> Rocklin Unified School District, <br><br> Defendant. | Case No. 17-cv-02645-MCE-AC <br><br> **ORDER** |

The Court has reviewed Petitioner's unopposed motion at ECF Document No. 2. A.C. and M.C. are hereby appointed as guardians ad litem for their daughter, Plaintiff C.C., for the purpose of pursuing this action on their daughter's behalf.

IT IS SO ORDERED.

Dated: May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE