Michelle L. Cannon, SBN 172680
Marcella L. Gutierrez, SBN 214224
Kristy J. Boyes, SBN 303975
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone: (916) 329-7433
Facsimile: (916) 329-9050

Attorneys for Defendant
ROCKLIN UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.C. A MINOR, BY HER PARENTS, A.C. AND M.C., AS HER NEXT FRIENDS, AND A.C. AND M.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCKLIN UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. 2:17-cv-02645-MCE-AC<br><br>**JOINT STIPULATION TO EXTEND TIME FOR EXCHANGE OF INITIAL DISCLOSURES; ORDER** |

Plaintiffs C.C., A.C., and M.C. ("Plaintiffs") and defendant Rocklin Unified School District ("Defendant" and, collectively with Plaintiffs, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

1. WHEREAS, Defendant filed its Motion to Dismiss Plaintiffs' Complaint and/or Motion for a More Definite Statement on May 3, 2018 (*see* ECF. Doc. 7-1), with a scheduled hearing date of May 31, 2018, which was subsequently vacated by the Court;

2. WHEREAS, Plaintiffs filed a Notice with the Court on May 17, 2018, (*see* ECF. Doc. 10) stating that Plaintiffs would not be filing an opposition to Defendant's Motion to Dismiss Plaintiff's Complaint and/or Motion for a More Definite Statement, but instead would file a First Amended Complaint ("FAC");

3. WHEREAS, on May 24, 2018, Plaintiffs filed their FAC (*see* ECF. Doc. 11);

4. WHEREAS, Defendant intends to file a Motion to Dismiss the FAC;

5. WHEREAS, the Parties are interested in preventing the accrual of unnecessary costs and expenses with regard to initial disclosures, in light of Defendant's intent to file a Motion to Dismiss the FAC, which the Parties acknowledge could result in the dismissal of the subject action, in its entirety.

NOW, THEREFORE, pursuant to Rule 26(a)(1)(C), the Parties jointly request and HEREBY STIPULATE that the deadline for initial disclosures required by Rule 26(a)(1) for this action be extended to thirty (30) days after this Court issues its ruling on Defendant's Motion to Dismiss the FAC.

**IT IS SO STIPULATED.**

Dated: June 7, 2018　　　　　　　　　　Respectfully submitted,

**LOZANO SMITH**

/s/ Michelle L. Cannon
Michelle L. Cannon
Marcella L. Gutierrez
Kristy J. Boyes
Attorneys for Defendant
Rocklin Unified School District

Dated: June 7, 2018　　　　　　　　　　**BRIAN R. SCIACCA, ESQ.**

/s/ Brian Sciacca (as authorized on June 6, 2018)
Brian R. Sciacca
Attorney for Plaintiffs
C.C. a minor, by her parents, A.C. and M.C., as her next friends, and A.C. and M.C.

**ORDER**

Pursuant to the foregoing Stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED that the deadline for the Parties to exchange initial disclosures shall be extended to thirty (30) days after this Court issues a ruling on Defendant's Motion to Dismiss the FAC.

IT IS SO ORDERED.

Dated: June 13, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE