# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.C. a minor, by her parents, A.C. and M.C., as her next friends, and A.C. and M.C. | ) Case Number: 2:17-cv-02645-MCE-AC ) ) **Order re Waiver of Personal** ) **Appearance** |
| Plaintiffs, | ) |
| vs. | ) **Hearing date: Thursday, September** ) **17, 2020** |
| Rocklin Unified School District, | ) **Time: 11:00 a.m.** ) |
| Defendant. | ) **Hon. Morrison C. England Jr.** |

///

///

///

Order - 1

Plaintiffs' request to waive personal appearance and appear via Zoom teleconference is GRANTED.

IT IS SO ORDERED.

Dated:  September 10, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE