Michelle L. Cannon, SBN 172680
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone:      (916) 329-7433
Facsimile:      (916) 329-9050

Attorneys for Defendant
ROCKLIN UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.C. A MINOR, BY HER PARENTS, A.C. AND M.C., AS HER NEXT FRIENDS, AND A.C. AND M.C., | Case No. 2:17-cv-02645-MCE-AC |
| Plaintiffs, | **ORDER REGARDING WAIVER OF PERSONAL APPEARANCE** |
| vs. | **Hearing Date:  September 17, 2020** |
| ROCKLIN UNIFIED SCHOOL DISTRICT, | **Time:             11:00 a.m.** |
| Defendant. | **Judge:           Hon. Morrison C. England Jr.** |
| | **Action filed:  December 18, 2017** |

*LOZANO SMITH*
*One Capitol Mall, Suite 640 Sacramento, California 95814*
*Tel 916-329-7433 Fax 916-329-9050*

1        Defendant ROCKLIN UNIFIED SCHOOL DISTRICT's ("District") request to waive personal

2   appearance and appear via Zoom teleconference is GRANTED.

3        IT IS SO ORDERED.

4

5   Dated:  September 15, 2020

6

7   _____

    MORRISON C. ENGLAND, JR.
8   SENIOR UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LOZANO SMITH
One Capitol Mall, Suite 640 Sacramento, California 95814
Tel 916-329-7433 Fax 916-329-9050