UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.C. a minor, by her parents, A.C. and M.C., as her next friends, and A.C. and M.C., | No. 2:17-cv-02645-MCE-AC |
| Plaintiffs, | **ORDER** |
| v. | |
| ROCKLIN UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

Plaintiffs C.C. ("Student") and her parents A.C. and M.C. ("Parents" and collectively with Student, "Plaintiffs") filed a Motion for Approval of Minor's Compromise, seeking this Court's approval of the compromise resolving the above-captioned case, pursuant to acceptance of the Offer of Judgment ("Offer") by Defendant Rocklin Unified School District ("Defendant"). ECF No. 23. In response to this Court's minute order, Plaintiffs filed Additional Briefing in Support of their Motion. ECF Nos. 26, 28. The Motion is unopposed. ECF Nos. 25, 29. The Court held a hearing on the matter on January 14, 2021, in which counsel of record and Parents, the Guardians ad Litem for Student, participated. The Court finds that the Offer serves the best interests of Student and therefore, Plaintiffs' Motion is GRANTED.

1

The Clerk of the Court shall enter judgment in favor of Plaintiffs in the amount of $17,000. The parties are further directed to file a stipulation and proposed order of dismissal not later than ten (10) days following the date this Order is electronically filed.

IT IS SO ORDERED.

Dated: January 19, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE