# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.C. a minor, by her parents, A.C. and M.C., as her next friends, and A.C. and M.C., | No. 2:17-cv-02645-MCE-AC |
| Plaintiffs, | ORDER |
| v. | |
| Rocklin Unified School District, | |
| Defendant. | |

## ORDER

Pursuant to the stipulation of the Parties and the judgment entered by the Clerk on January 20, 2021, the Court hereby dismisses the above-entitled action, with prejudice. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: February 10, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE